UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTONIO GONZALEZ-MAYA                                      PETITIONER

VS.                                     CIVIL ACTION NO. 3:25-cv-823-TSL-MTP

WARDEN CHILDRESS                                           RESPONDENT

ORDER

This cause came on to be heard on the June 2, 2026 report and recommendation of United States Magistrate Judge Michael T. Parker recommending that petitioner Antonio Gonzalez-Maya's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus be dismissed without prejudice.  The court, having fully reviewed the report and recommendation, and no objection having been filed and being duly advised in the premises, finds that the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the June 2, 2026 report and recommendation of the magistrate judge is hereby adopted as the opinion of this court.

SO ORDERED this the 26th day of June, 2026.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1